# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| v. § | CIVIL NO. W-24-CR-00147-ADA |
| (1) DION LAMONT TAYLOR, § | |
| Defendant. § | |

## ORDER OF DETENTION PENDING TRIAL

Defendant was originally temporarily detained upon the Court's Motion with a detention hearing to be set after three (3) days. ECF No. 13. Defendant then waived his right to a detention hearing. ECF No. 16. Over a month later, Defendant filed a Motion for a Detention Hearing, which the Government responded in opposition. ECF Nos. 26 and 27. The Court scheduled a detention hearing for September 24, 2024, at which the Government made an oral motion for detention, and the parties informed the Court that they were in agreement to release Defendant on bond to a suitable "halfway house" facility as soon as one could be located. The parties indicated that they have not yet found an acceptable facility, but are working to find one, and agreed that the Defendant shall remain in custody until such arrangements are finalized.

As such, pursuant to the Bail Reform Act, 18 U.S.C § 3142(f), the Court finds good cause exists to continue the hearing for thirty (30) days or until a bed becomes available at a facility acceptable to Defendant's pretrial officer, whichever occurs later. At the conclusion of that period, the government shall either move for further detention or propose conditions of release.

Until that time, the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Defendant's Motion for Detention Hearing (ECF No. 26) is hereby **MOOT**.

**SIGNED this 25th day of September, 2024.**

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE